COMMONWEALTH of Pennsylvania, Respondent

v.

Jerry RANSOME, Petitioner

No. 300 EAL 2016

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**